IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MENTONE SOLUTIONS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>COBHAM TECHNOLOGIES, INC.<br><br>          Defendant. | Civil Action No. 22-cv-131-GBW |

## ORDER

At Wilmington this 11th day of October 2022:

For the reasons set forth in the Memorandum Opinion issued this day, IT IS HEREBY ORDERED that Plaintiff Mentone Solutions LLC's Motion for Default Judgment against Defendant Cobham Technologies, Inc. (D.I. 12) is DENIED.

                                        _____
                                        GREGORY B. WILLIAMS
                                        U.S. DISTRICT JUDGE